## Mercer Borough Annexation Case.

Argued April 15, 1970. *Michael Halliday,* with him *R. B. Johnson,* for appellants; *Joseph Nelson,* for appellee.

Orders affirmed.

## Mercer Gas Company, Appellant, *v.* Pennsylvania Public Utility Commission.

Argued April 15, 1970. *John M. Wolford,* with him *Daniel Brocki,* and *Dunn, Wolford & Sesler,* for appellant; *Dominic J. Ferraro,* Assistant Counsel, with him *Daniel F. Joella,* Assistant Counsel, and *Paul Silverstein,* Chief Counsel for Pennsylvania Public Utility Commission, appellee; *Robert H. Young,* with him *Kenneth R. Myers, Henry A. Jackson, Jr.,* and *Morgan, Lewis & Bockius,* for intervening appellee.

Order affirmed.